IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 98-41197
Conference Calendar

---

MARION MAURICE WILSON,

                                        Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:97-CV-1071
--------------------
April 14, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Marion Maurice Wilson, Texas prisoner # 737318, appeals the district court's dismissal of his 28 U.S.C. § 2254 application as barred by the one-year statute of limitations in the Antiterrorism and Effective Death Penalty Act (AEDPA). The issue in this case is whether Wilson's delayed knowledge of the AEDPA, the statute-of-limitations provision in particular, can act to toll the limitations period.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Ignorance of the AEDPA's statute-of-limitations provision is not a basis for equitable tolling. <u>Felder v. Johnson</u>, 204 F.3d 168, 171-73 (5th Cir. 1999). Thus, exactly when Wilson received notice of the limitations provision is not relevant, nor is it relevant that inmate legal services may have failed to advise him of the limitations provision. The district court's dismissal of Wilson's § 2254 application as time-barred is AFFIRMED.